Gene M. Ramos, Bar No. 182996
THE LAW OFFICES OF GENE M. RAMOS
8383 Wilshire Blvd., Suite 970
Beverly Hills, CA 90211
Telephone: 323.857.0444
Fax No.: 323.857.6644
Email: gene@gmrlawgroup.com

Attorneys for Plaintiff
MARIA V. OVALLE

JAMIE Y. LEE, Bar No. 228389
LITTLER MENDELSON, P.C.
18565 Jamboree Road, Suite 800
Irvine, CA 92612
Telephone: 949.705.3000
Fax No.: 949.724.1201
Email: Jylee@littler.com

Attorneys for Defendant
INTERSTATE-RIM MANAGEMENT COMPANY, LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DIVISION OF CALIFORNIA

| | |
|---|---|
| MARIA V. OVALLE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FAIRFIELD INN ANAHEIM HILLS, an entity, INTERSTATE-RIM MANAGEMENT COMPANY, LLC, an entity, and DOES 1 through 100, inclusive, | Case No. 8:20-cv-00526-DOC-JDE<br><br>**ORDER**<br><br>Trial Date: None set |

1

ORDER OF OF DISMISSAL PURSUANT TO F.R.C.P. RULE 41(A)(1)

| | |
|---|---|
| Defendants. | |

It is hereby stipulated by and between Plaintiff MARIA V. OVALLE ("Plaintiff") and Defendant INTERSTATE-RIM MANAGEMENT COMPANY, LLC ("Defendant"), through their respective counsel of record, that the above-entitled action be dismissed with prejudice in its entirety against all named parties, pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: June 25, 2020 | THE LAW OFFICES OF GENE M. RAMOS<br><br>/s/ Gene M. Ramos<br>Gene M. Ramos<br>Attorneys for Plaintiff<br>MARIA OVALLE<br><br>LITTLER MENDELSON, P.C.<br><br>/s/ Jamie Y. Lee<br>Jamie Y. Lee<br>Attorneys for Defendant<br>INTERSTATE-RIM MANAGEMENT COMPANY, LLC |

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine CA 92612
949.305.7000

2

ORDER OF DISMISSAL PURSUANT TO F.R.C.P. RULE 41(A)(1)

## **ORDER**

Based on the above stipulation and good cause appearing, the Court hereby orders this case dismissed with prejudice as to Plaintiff Maria V. Ovalle's Complaint, as to all named defendants, with each party to bear their own attorneys' fees and costs.

Dated: June 26, 2020

*David O. Carter*

HON. DAVID O. CARTER
United States District Judge

## **ORDER**

Based on the above stipulation and good cause appearing, the Court hereby orders this case dismissed with prejudice as to Plaintiff Maria V. Ovalle's Complaint, as to all named defendants, with each party to bear their own attorneys' fees and costs.

Dated: _____

       HON. DAVID O. CARTER
       United States District Judge

3

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine CA 92612
949.305.7000

JOINT STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. RULE 41(A)(1)